CROWN LAW FIRM
Yan E. Shrayberman (State Bar #253971)
5151 North Palm Ave, Ste 100
Fresno, California 93704
Telephone:   (559) 779-2315
Facsimile:   (559) 442-1567

Attorney for Defendant
Rafael Romero-Rodriguez

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF CALIFORNIA
***

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Rafael Romero-Rodriguez<br><br>Defendant. | **Case: 1:23-cr-00070-JLT**<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER**<br><br>DATE: April 24, 2025<br>TIME: 2:00 pm<br>COURT: Stanley A Boone |
|---|---|

## STIPULATION

Plaintiff, United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. This matter is currently set for admission of violation of supervised release on **June 11**, **2025,** in this Court.

2. By this stipulation, defendant now moves to advance the admission of violation of supervised release to **April 24, 2025**.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Counsel for defendant desires to advance the currently set admission to a violation of supervised release date to April 24, 2025.

    b) Counsel for defendant believes that failure to grant the above-requested advanced date would deny defendant an opportunity to address the violation of supervised release and anticipated sanction for it, taking into account the exercise of due diligence.

    c) The government does not object to the continuance.

IT IS SO STIPULATED.

Dated: April 21, 2025                          MICHELLE M. BECKWITH
                                               United States Attorney
                                               /S/ Karen Escobar
                                               Karen Escobar
                                               Assistant United States Attorney

Dated: April 21, 2025                          /s/ YAN SHRAYBERMAN
                                               YAN SHRAYBERMAN
                                               Counsel for Defendant
                                               Rafael Romero-Rodriguez

## FINDINGS AND ORDER

IT IS ORDERED THAT the hearing originally scheduled for **June 11, 2025**, is hereby advanced to **April 25, 2025**. The defendant is ordered to appear.

IT IS SO ORDERED.

Dated:   **April 21, 2025**                            _____
                                               STANLEY A. BOONE
                                               United States Magistrate Judge

CROWN LAW FIRM
5151 North Palm, Ste 100
Fresno, CALIFORNIA 93709
Telephone: (559) 779-2315
Facsimile: (559) 4421567