CROWN LAW FIRM
Yan E. Shrayberman (State Bar #253971)
5151 North Palm Ave, Ste 100
Fresno, California 93704
Telephone:   (559) 779-2315
Facsimile:    (559) 442-1567

Attorney for Defendant
Rafael Romero-Rodriguez

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

\*\*\*

| UNITED STATES OF AMERICA, | Court Case#: 1:23CR00070-01 |
|---|---|
| Plaintiff, | **STIPULATION REGARDING SENTENCING ON THE VIOLATION OF SUPERVISED RELEASE; [~~PROPOSED~~] ORDER** |
| v. | |
| Rafael Romero-Rodriguez | DATE: June 2, 2025 |
| Defendant. | TIME: 9:00 am |
| | COURT: Hon. Jennifer L. Thurston |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. This matter is currently set for sentencing on **June 2, 2025**, in this Court.

2. By this stipulation, defendant now moves to continue the sentencing until **July 14, 2025**.

3. The parties agree and stipulate, and request that the Court find the following:

4.

   a) Counsel for defendant desires additional time to discuss sentencing issues in this matter and the application of various factors in mitigation at sentencing.

   b) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   c) The government does not object to the continuance.

IT IS SO STIPULATED.

Dated: May 23, 2025              MICHELE BECKWITH
Acting United States Attorney
/S/ KAREN ESCOBAR
KAREN ESCOBAR
Assistant United States Attorney

Dated: May 23, 2025              /s/ YAN SHRAYBERMAN
YAN SHRAYBERMAN
Counsel for Defendant

**[PROPOSED] FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 26th day of May, 2025.

Hon. Jennifer L. Thurston
United States District Judge