MICHELE BECKWITH
Acting United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>RAFAEL ROMERO-RODRIGUEZ,<br><br>　　　　　　　　Defendant. | CASE NO. 1:23-CR-00070-JLT<br><br>STIPULATION TO CONTINUE; ORDER<br><br>DATE: July 14, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

1. By previous order, this matter was set for sentencing on July 14, 2025.

2. By this stipulation, the parties now move to continue the sentencing to August 4, 2025.

3. The parties agree and stipulate to the following:

　　a) Counsel for the government is unavailable for sentencing on July 14, 2025.

　　b) Counsel for the defendant is not available for sentencing after July 14, 2025, until August 4, 2025.

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS SO STIPULATED.

Dated:  June 17, 2025     MICHELE BECKWITH
                          Acting United States Attorney

                          /s/ KAREN A. ESCOBAR
                          KAREN A. ESCOBAR
                          Assistant United States Attorney

Dated:  June 17, 2025     /s/ Yan Shrayberman
                          YAN SHRAYBERMAN
                          Counsel for Defendant
                          RAFAEL ROMERO-RODRIGUEZ

**ORDER**

IT IS SO ORDERED.

Dated:   **June 17, 2025**

_[signature: Jennifer L. Thurston]_
UNITED STATES DISTRICT JUDGE