CROWN LAW FIRM
Yan E. Shrayberman (State Bar #253971)
5151 North Palm Ave, Ste 100
Fresno, California 93704
Telephone:  (559) 779-2315
Facsimile:   (559) 442-1567

Attorney for Defendant
Rafael Romero-Rodriguez

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

\*\*\*

| UNITED STATES OF AMERICA, | Court Case#:  1:23-cr-00070-JLT |
|---|---|
| Plaintiff, | **MOTION TO TERMINATE CJA APPOINTMENT OF YAN E. SHRAYBERMAN AS ATTORNEY OF RECORD AND ORDER** |
| v. | |
| Rafael Romero-Rodriguez | |
| Defendant. | |

On November 26, 2024, a Petition for Violation of Supervised Release was filed against Defendant Romero-Rodriguez.  CJA Panel Attorney Yan E. Shrayberman was appointed as trial counsel to represent Mr. Romero-Rodriguez April 15, 2025 in his criminal case. Mr. Romero-Rodriguez was sentenced on the violation of supervised release on August 4th, 2025.  The time for filing a direct appeal was August 19, 2025.  No direct appeal was filed.   Mr Romero-Rodriguez was in custody at sentencing. The trial phase of Mr Romero-Rodriguez's criminal case has, therefore, come to an end.   Having completed his representation of Mr. Romero-Rodriguez, CJA attorney Yan E. Shrayberman now moves to terminate his appointment under the Criminal Justice Act.

Should Mr Romero-Rodriguez require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: August 21, 2025                    /s/ Yan E. Shrayberman
                                          CROWN LAW FIRM

                                          _____
                                          YAN E. SHRAYBERMAN
                                          Attorney for Defendant
                                          Mr Romero-Rodriguez

## ORDER

Having reviewed the notice and found that attorney Yan E. Shrayberman has completed the services for which he was appointed, the Court hereby grants attorney Yan E. Shrayberman's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

///
///
///
///
///
///
///

CROWN LAW FIRM
5151 North Palm, Ste 100
Fresno, CALIFORNIA 93709
Telephone: (559) 779-2315
Facsimile: (559) 4421567

The Clerk of Court is directed to serve a copy of this order on Defendant Romero-Rodriguez status and contact information.

Central Valley Annex
54 Taylor Avenue,
McFarland, CA 93250

IT IS SO ORDERED.

Dated: **August 21, 2025**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE